

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2019

No. 04-19-00493-CR

**IN RE** Dino Greg **KACHOIAN**

Original Mandamus Proceeding[1]

**ORDER**

On July 19, 2019, relator filed a petition for writ of mandamus. After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on July 31, 2019.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2019.

_Keith E. Hottle_
Keith E. Hottle, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2008-CRS-000369D4, styled *The State of Texas v. Dino Greg Kachoian*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.